IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHESTER LEON WHITLEY, #128332, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TONY PATTERSON, *et al.*, )<br>)<br>Respondents. ) | CIVIL ACTION NO.  3:11cv396-TMH<br>(WO) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner and that this action be and is hereby dismissed with prejudice.

Done this 9th day of August, 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE